FILED

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

2016 OCT 17  PM 12: 26

US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

-----------------------------------------------------------/
KISCO SENIOR LIVING, LLC,

       Plaintiff,

v.                                                                                          Civil Case No.: 6:16-cv-1792-Orl-28-TBS

TUSCAN GARDENS GROUP, LLC and
TUSCAN GARDENS MANAGEMENT
CORPORATION,

       Defendants.
-----------------------------------------------------------/

## COMPLAINT

Plaintiff, Kisco Senior Living, LLC, sues Defendants Tuscan Gardens Group, LLC and Tuscan Gardens Management Corporation, and alleges:

### I.    JURISDICTION, PARTIES AND VENUE

1. This is an action for federal trademark infringement and unfair competition in violation of the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a), Florida state unfair competition in violation of the Florida Deceptive and Unfair Trade Practices Act, Fl. Stat. §501.201, et. seq., and common law trademark infringement and unfair competition.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §1331, 28 U.S.C. §1338(a) and (b), 15 U.S.C. §1121, and pendent jurisdiction over all state claims derived from a common nucleus of operative fact.

3. Plaintiff, Kisco Senior Living, LLC ("Kisco") is a Delaware limited liability company, registered to do business in this state, and having its principal place of business at 5790 Fleet St., Carlsbad, CA 92008.

4. Defendant, Tuscan Gardens Group, LLC ("Tuscan Group") is a Florida limited liability company having its principal place of business at 189 S. Orange Ave., Orlando, FL 32801.

5. Defendant, Tuscan Gardens Management Corporation ("Tuscan Management"), the managing member of Tuscan Group, is a Florida corporation, having its principal place of business at 189 S. Orange Ave., Orlando, FL 32801. Tuscan Group and Tuscan Management are hereafter referred to jointly and severally as the "Tuscan Parties".

6. Venue is proper in this Court pursuant to 28 U.S.C. §1391(b)(2), because both Defendants do business, and the damages arise, in this judicial district.

## II. BACKGROUND

7. Kisco is a nationally well-known, highly reputed, and award-winning developer and manager of full service 55+ senior independent and assisted living communities throughout the United States ("Kisco Senior Communities").

8. All of the Kisco Senior Communities offer numerous recreational, fitness, and wellness activities, educational and craft classes, as well as chef-driven restaurants, and beautifully landscaped grounds.

9. Over the past twenty five years, Kisco has been recognized many times for the excellence of its Kisco Senior Communities, facilities, wellness programs, staff, and services, winning awards and accolades from, among others, the American Seniors Housing

Association, the International Council on Active Aging, the 50+ Housing Council, Best of 55+ Housing, and Alzheimer's Foundation of America, to name but a few.

10. Kisco has adopted, is using, and has been continuously using for over the past fifteen (15) years in interstate commerce, the service mark **THE ART OF LIVING WELL** (the "Kisco Mark") for managing senior living, independent living, and assisted living communities, and providing the services and facilities for such communities (the "Kisco Services").

11. Kisco is the owner of U.S. Registration No. 2875224, issued August 17, 2004, for the service mark **THE ART OF LIVING WELL** for "Business management of retirement and assisted living facilities" in IC 35 and "Providing assisted living services; provision of congregate care facilities" in IC 42, claiming dates of first use of January 1, 2001 for both IC 35 and IC 42 (the "Registered Kisco Mark"). A true and correct copy of U.S. Registration No. 2875224 is attached hereto as **Exhibit A**.

12. U.S. Registration No. 2875224 was renewed on July 10, 2014, and is incontestable pursuant to 15 U.S.C. § 1065.

13. According to the Tuscan Parties' websites www.tuscangardensseniorliving.com and www.tuscangardensofvenetianbay.com (the "Tuscan Websites"), the Tuscan Parties develop and/or manage senior living communities substantially similar to the Kisco Senior Communities (the "Tuscan Senior Communities") and which offer, or purport to offer, full service senior independent and assisted living communities, and providing facilities and services the same as or similar to those of the Kisco Services (the "Tuscan Services").

14. The Tuscan Parties have been using, are using, and continue to use, the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services. True and correct copies of screen shots from the Tuscan Websites showing the use of the Registered Kisco Mark **THE ART OF LIVING WELL** in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services are attached as **Exhibit B**; a true and correct copy of a brochure available for downloading from the Tuscan Websites showing the use of the Registered Kisco Mark **THE ART OF LIVING WELL** in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services, is attached as **Exhibit C**; a true and correct copy of a direct mail piece showing the use of the Registered Kisco Mark **THE ART OF LIVING WELL** in connection with the development, marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services, is attached as **Exhibit D**; and a true and correct copy of a "news" item on the Tuscan Websites showing the use of the Registered Kisco Mark **THE ART OF LIVING WELL** in connection with the announcement of one of the Tuscan Senior Communities and the provision of the Tuscan Services, is attached as **Exhibit E**.

15. The Tuscan Parties' use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services is without the license, consent, permission or other authorization of Kisco.

16. On June 16, 2016, Kisco sent a letter to the Tuscan Parties demanding, *inter alia,* that they cease any and all further use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services. A true and correct copy of the June 16, 2016 correspondence from Kisco to the Tuscan Parties is attached as **Exhibit F**.

17. Despite having acknowledged receipt of the June 16, 2016 Kisco letter, the Tuscan Parties continued to use the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services.

18. On August 16, 2016, Kisco sent a second letter to the Tuscan Parties, again demanding that, *inter alia,* the Tuscan Parties cease any and all further use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services. A true and correct copy of the August 16, 2016 correspondence from Kisco to the Tuscan Parties is attached as **Exhibit G**.

19. Despite having acknowledged receipt of the August 16, 2016 Kisco letter, the Tuscan Parties continued to use the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services.

20. On September 29, 2016, Kisco sent a third letter, this time to the Chairman and Chief Executive Officer of Tuscan Parties, again demanding that, *inter alia,* the Tuscan Parties cease any and all further use of the Registered Kisco Mark **THE ART OF LIVING**

WELL on and in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services. A true and correct copy of the September 29, 2016 correspondence from Kisco to the Tuscan Parties is attached as **Exhibit H**.

21. Despite having acknowledged receipt of the September 29, 2016 Kisco letter, the Tuscan Parties continue to use the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services.

22. Kisco has retained the law firm of Carlton Fields for the prosecution of this civil action. Kisco is entitled to recover its reasonable attorneys' fees and costs from the Tuscan Parties pursuant to Fl. Stat. § 501.2105 and 15 U.S.C. § 1117, this being an exceptional case.

23. All conditions precedent to bringing this action have been excused, satisfied or waived.

### FIRST CLAIM
### FEDERAL TRADEMARK INFRINGEMENT
### (15 U.S.C. § 1114)

24. Kisco repeats the allegations of preceding paragraphs 1 through 23 as if fully incorporated herein.

25. The Tuscan Parties' use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the development, marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services is likely to cause confusion, mistake and deception of the public that the Tuscan Senior Communities and Tuscan Services emanate from, are licensed, authorized, or otherwise consented to by Kisco when they are not.

26. The Tuscan Parties' use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the development, marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services is likely to cause, and has caused, irreparable damage to the goodwill and reputation of Kisco.

27. The Tuscan Parties' use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the development, marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services is likely to cause, and has caused, actual damages to Kisco.

28. The Tuscan Parties' use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the development, marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services constitutes federal service mark infringement in violation of 15 U.S.C. § 1114 (1) (a) and (b).

29. The Tuscan Parties had actual notice of the Registered Kisco Mark at least as early as June 16, 2016, and then again on August 16, 2016, and yet again on September 29, 2016.

30. The Tuscan Parties' continued use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the development, marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services, subsequent to their receipt of actual notice thereof *three times* constitutes extremely willful and intentional infringement in violation of 15 U.S.C. § 1114 (1) (a) and (b).

## SECOND CLAIM
## FEDERAL UNFAIR COMPETITION
## (15 U.S.C. § 1125(a))

31. Kisco repeats the allegations of preceding paragraphs 1 through 30 as if fully incorporated herein.

32. The Tuscan Parties' use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the development, marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services constitutes willful and intentional federal unfair competition in violation of 15 U.S.C. § 1125(a).

## THIRD CLAIM
## FLORIDA STATE UNFAIR COMPETITION
## FLORIDA DECEPTIVE AND UNFAIR TRADE PRACTICES ACT
## (FL. STAT. §501.204)

33. Kisco repeats the allegations of preceding paragraphs 1 through 30, and 32 as if fully set forth herein.

34. This is an action for unfair competition brought pursuant to the Florida Deceptive and Unfair Trade Practices Act, Fl. St., §501.201 et. seq.

35. The Tuscan Parties' use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the development, marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services constitutes willful and intentional unfair competition in violation of the Florida Deceptive and Unfair Trade Practices Act, FL. Stat. §501.204 et. seq.

36. Kisco has retained the law firm of Carlton Fields for the prosecution of this civil action. Kisco is entitled to recover its reasonable attorneys' fees and costs from the Tuscan Parties pursuant to Fla. Stat. §501.2105.

## FOURTH CLAIM
## FLORIDA COMMON LAW SERVICE MARK INFRINGEMENT
## AND UNFAIR COMPETITION

37. Kisco repeats the allegations of preceding paragraphs 1 through 30, 32 and 35 as if fully incorporated herein.

38. The Tuscan Parties' use of the Registered Kisco Mark **THE ART OF LIVING WELL** on and in connection with the development, marketing, advertisement, promotion, sale and offering for sale of the Tuscan Senior Communities and the provision of the Tuscan Services constitutes willful and intentional service mark infringement and unfair competition in violation of the Florida common law.

**WHEREFORE**, Kisco requests judgment in its favor as follows, that:

1. The Tuscan Parties, their officers, directors, shareholders, employees, affiliates, subsidiaries, parents, agents, successors, assigns, and heirs, be permanently enjoined from using the Registered Kisco Mark, or any mark similar thereto in whole or in part, on or in connection with the Tuscan Senior Communities and the Tuscan Services;

2. Kisco be awarded its actual damages and the Tuscan Parties' profits arising from the Tuscan Parties' above-referenced acts of infringement and unfair competition;

3. Kisco be awarded treble damages on the basis of the Tuscan Parties' willful and intentional acts;

4. Kisco be awarded its attorneys' fees and costs; and

5. Kisco be awarded such other and further relief as to this Court may appear just and proper.

Respectfully submitted this 17th day of October, 2016.

By: *Jill Sarnoff Riola*
    Jill Sarnoff Riola
    Florida Bar No. 432393
    David E. Cannella
    Florida Bar No. 0983837
    CARLTON FIELDS
    450 S. Orange Ave.
    Orlando, FL 32801
    407-849-0300
    jriola@carltonfields.com
    dcannella@carltonfields.com
    Counsel for Plaintiff