AO 440 (Rev. 06/12) Summons in a Civil Action

*Summonses to be issued and returned to Renee Kemper*

# UNITED STATES DISTRICT
for the
Middle District of Florida

| | |
|---|---|
| KISCO SENIOR LIVING, LLC, <br><br> *Plaintiff(s)* <br> v. <br> TUSCAN GARDENS GROUP, LLC and TUSCAN GARDENS MANAGEMENT CORPORATION, <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:16cv1792-orl-28TBS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Tuscan Gardens Management Corporation
c/o Laurence J. Pino
Laurence J. Pino, P.A. as Registered Agent
189 South Orange Avenue, Suite 1650
Orlando, Florida 32801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jill Sarnoff Riola, Esquire and David E. Cannella, Esquire
Carlton Fields Jorden Burt, P.A.
450 South Orange Avenue, Suite 500
Orlando, Florida 32801
(407)-849-0300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 10/17/16

_____
*Signature of Clerk or Deputy Clerk*